930

No. 10–5581.  WILKES v. UNITED STATES; and

No. 10–5582.  WILKES v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–5583.  BANDA-COLLAZO, AKA COLLAZO-BANDA, AKA BANDA COLLAZO, AKA COLLAZO BONDA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–5585.  DANIELS v. McDANIEL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–5587.  JOHNSON v. PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–5588.  BERG v. PRISON HEALTH SERVICES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–5589.  OWENS v. MARSHALL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–5591.  THURMON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–5593.  McINTOSH v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–5594.  TURNER v. EDMONDS.  Sup. Ct. Tex.  Certiorari denied.

No. 10–5595.  WADE v. SHARTLE, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 10–5597.  BENJAMIN v. REID ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 10–5598.  APPLEWHITE v. McNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–5599.  ANDERSON v. JACKSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 10–5600.  VALDEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.